UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARISHA PIERSON,

    Plaintiff,

v.                                                Case No. 6:19-cv-1515-Orl-37DCI

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

In this social security appeal, Plaintiff seeks review of the Commissioner's decision to deny her application for disability benefits. (Doc. 1.) On referral, U.S. Magistrate Judge Daniel C. Irick recommends the Court reverse the Commissioner's decision and remand for further proceedings. (Doc. 16 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 16) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2.     The Commissioner's final decision is **REVERSED AND REMANDED**

-2-

under sentence four of 42 U.S.C. § 405(g).

3. The Clerk is **DIRECTED** to enter judgment for Plaintiff Marisha Pierson and against Defendant Commissioner of Social Security and to close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 23, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record