# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MARISHA PIERSON,

        **Plaintiff,**

v.                                                           Case No: 6:19-cv-1515-RBD-DCI

COMMISSIONER OF SOCIAL
SECURITY,

        **Defendant.**

## REPORT AND RECOMMENDATION

This cause comes before the Court for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **Unopposed Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. § 406(b) (Doc. 23)** |
| **FILED:** | **May 26, 2021** |
| **THEREON** it is **Recommended** that the motion be **GRANTED**. | |

Plaintiff's counsel moves for an award of attorney fees pursuant to 42 U.S.C. § 406(b)(1). Doc. 23 (the Motion). Plaintiff's counsel states that following the Court's reversal of the Commissioner's decision denying disability benefits and remand of the case for further administrative proceedings, Plaintiff was awarded $52,246.50 in past-due benefits. Doc. 23 at 2. A quarter of the total amount of benefits awarded is $13,061.63. *See* 42 U.S.C. § 406(b)(1) (recovery of such fees under this section may not exceed 25% of the total past-due benefits). But Plaintiff's counsel now seeks $9,901.10 in attorney fees pursuant to § 406(b). Doc. 23 at 2. Plaintiff's counsel states that the fee he seeks to collect includes a deduction of the attorney fees

previously awarded under the Equal Access to Justice Act (EAJA), i.e., $3,160.53.  *Id*. at 2; *see Jackson v. Comm'r of Soc. Sec.*, 601 F.3d 1268, 1274 (11th Cir. 2010) (holding that counsel may effectuate the refund of a smaller EAJA award by either refunding the amount awarded under the EAJA to the client or deducting that amount from counsel's request for § 406(b) fees).  Upon review, the undersigned finds that Plaintiff's counsel's request for $9,901.10 in attorney fees does not run afoul of the limit imposed by § 406(b) and is reasonable under the circumstances of this case.

Accordingly, it is respectfully **RECOMMENDED** that the Motion (Doc. 23) be **GRANTED** and Plaintiff's counsel be authorized to charge and collect from Plaintiff $9,901.10 in attorney fees.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on August 5, 2021.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE