UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARISHA PIERSON,

    Plaintiff,

v.                                              Case No. 6:19-cv-1515-RBD-DCI

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

In this Social Security appeal, the Court entered judgment in favor of Plaintiff and against Defendant. (Doc. 18.) Plaintiff's counsel then moved for an award of attorney's fees under 42 U.S.C. § 406(b)(1), which motion Defendant did not oppose. (Doc. 23 ("Motion").) On referral, U.S. Magistrate Judge Daniel C. Irick entered a Report and Recommendation submitting that the Court should grant the Motion. (Doc. 24 ("R&R").) The parties filed a joint notice of no objection to the R&R. (Doc. 25.) Given the lack of objection, the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 24) is **ADOPTED**, **CONFIRMED**, and made a part of

      this Order in its entirety.

2.     Plaintiff's counsel's Motion (Doc. 23) is **GRANTED**.

3.     Plaintiff's counsel is **AUTHORIZED** to charge and collect $9,901.10 from Plaintiff in attorney's fees.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 11, 2021.

/s/ Roy B. Dalton Jr.
ROY B. DALTON JR.
United States District Judge